[No. 36775-7-I.    Division One.    August 5, 1996.]

*In the Matter of the Marriage of* DANA HOWELL,
*Apellant,* and STEVEN R. HOWELL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-3-03841-0, John M. Darrah, J., entered on
May 8, 1995. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Webster and Becker, JJ.

[No. 12950-1-III.    Division Three.    August 8, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. DEANNA
L. HAMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 91-1-00200-3, Evan Sperline, J.,
entered December 7, 1992. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Munson, J.

[No. 14140-3-III.    Division Three.    August 8, 1996.]

*In the Matter of* EARL W. HOLMQUIST

THE STATE OF WASHINGTON, *Respondent,* v. EARL W.
HOLMQUIST, *Appellant.*

Appeal from a judgment of the Superior Court for Doug-
las County, No. 94-8-00002-0, Peter Young, Commis-
sioner, entered August 10, 1994. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Munson, J.

[No. 15296-1-III.    Division Three.    August 8, 1996.]

SNOKIST GROWERS, ET AL., *Appellants,* v.
WASHINGTON INSURANCE GUARANTY ASSOCIATION, ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-2-00136-1, Heather K. Van Nuys,
J., entered January 5, 1995. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Thompson, J. Now published at 83 Wn. App. 496.